## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND S. DOMAN, | : | |
| Petitioner, | : | |
| | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| LARUEL HARRY, | : | No. 16-1602 |
| Respondent. | : | |

### O R D E R

**AND NOW,** this 23rd day of December 2016, upon independent consideration of Mr. Doman's *pro se* Petition for Writ of *Habeas Corpus* (ECF Doc. No. 1), the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (ECF Doc. No. 12), with no filed Objections, and finding no basis for *habeas* review of challenges to the state court's jury instructions, sufficiency of evidence for the jury's verdict of guilt as to recklessly endangering another person, and ineffectiveness of counsel in failing to challenge transfer of venue, it is **ORDERED**:

1.    Chief Judge Caracappa's extensive and well-reasoned Report and Recommendation (ECF Doc. No. 12) is **APPROVED** and **ADOPTED**;

2.    The Petition for Writ of *Habeas Corpus* (ECF Doc. No. 1) is **DENIED with prejudice**;

3.    There is no probable cause to issue a certificate of appealability; and,

4.    The Clerk of Court shall mark this case **closed** for statistical purposes.

_____
**KEARNEY, J.**